# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )  CASE NUMBER: CR 13-6423-Hunt
      Plaintiff )
      )
   -vs- )  REPORT COMMENCING CRIMINAL ACTION
      )
NESMITH, CHARLES    03964-104
     Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
     U.S. DISTRICT COURT                  (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 9-12-13    4:15    a.m./(p.m.)

(2) LANGUAGE(S) SPOKEN: ENGLISH

(3) OFFENSE(S) CHARGED:

21 USC 846, 841(a)(1), 841(b)(1)(B)

(4) UNITED STATES CITIZEN: ( )YES ( )NO ( )UNKNOWN

(5) DATE OF BIRTH: 11-25-71

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[ ] INDICTMENT [X] COMPLAINT CASE # 13-6423-Hunt
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: _____
COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ]YES [ ]NO

AMOUNT OF BOND:$_____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 9-12-13    (9) ARRESTING OFFICER: SA WILLIAM REINKENS
(10) AGENCY: DEA    (11) PHONE #: 305-345-9162
(12) COMMENTS: _____